STATE OF NEW JERSEY v. EDWARD LEE BROWN.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. LEANDER LEDBETTER.

June 8, 1982.

Petition for certification denied.

WALTER DRISCOLL v. DAVID J. KLINKE.

June 8, 1982.

Petition for certification denied.

JOSIAH WEDGWOOD & SONS v. LIBERTY MUTUAL
INSURANCE COMPANY.

June 8, 1982.

Petition for certification denied.